General Order No.92-15 provides that indictments and informations filed under R.8(b) situations (dfts jointly involved in commission of crime) shall be assigned to the judge whose name was drawn by random lot at the time of filing of the first such case.

General Order No. 93-6 provides that any new indictment or information pertaining to a dft who has other criminal charges pending against him/her in this court shall be assigned to the judge whose name was drawn by random lot at the time of filing of the first such case.

FILED
JUN - 5 2007
DAVID J. MALAND, CLERK
DEPUTY

# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

VS.                                                     CAUSE NO. 6:07cv57

MICAHEL LAYNE SMITH                    DFT. _____
JESSE JOSEPH MONTOYA                              (Number and Name)
RAUL BERUMEN BRISENO
~~SANTIAGO MONTIEL AGUI~~RRE

## NOTICE OF CASE ASSOCIATION

Pursuant to (General Order No. 92-15)/General Order No. 93-6, it is requested
(Circle appropriate order.)

that this case be assigned to the Honorable Judge Leonard E. Davis

to whom the following related case(s) is/are assigned:

U.S. v. Diaz, et al   6:06CR46

_____

_____

In giving this written notice to the Court and Clerk, I certify that this request for specific judge assignment in lieu of random draw is solely for the intent and purpose specified in (General Order No. 92-15)/General Order No. 93-6.
(Circle appropriate order.)

Signed this __5th__ day of __June 2007__.

_____
Assistant United States Attorney

CRIM-92-108 (Rev.7/30/93)