DATE: 6/7/07
LOCATION: Tyler
JUDGE: JOHN D. LOVE
DEP. CLERK: Mechele Morris
RPTR/ECRO: M. Morris
USPO: Bobby Long
INTERPRETER: —
TIME: 1:50 pm

CASE NUMBER: 6:07CR57

USA    VS.    MICHAEL LAYNE SMITH

Jim Middleton for Richard Moore | Ken Hawk

☑ kia . . . . . INIT APPEARANCE on an Indictment

☑ Hearing Called    ☑ Hearing Held

☑ Dft ☐ w/o cnsl ☑ with counsel
Appears on: ☑ Indictment

☐ kars. . . Date of arrest: _____

☑ . . . Dft   ☑ advised of charges   ☑ advised of maximum penalties   ☑ advised of right to remain silent;
☐ advised of right to counsel ☐ advised of right to Prel. Hrg ☐ advised of right to waive Prel. Hrg.
☐ Waiver of Preliminary Hrg ☐ kwvr40hrg. Waiver of Rule 40 Hrg ☐ Advised of Rule 20

☐ Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD (DO NOT DOCKET IN MAG. CASE - WITHOUT CONSENT)

☐ . . .Dft    Requests appointed counsel, is sworn & examined re: financial status.
☐ kfinaff.    Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ ko..    _____ appointed ☐ koapptpd. U.S. Pub Defender _____ appointed

☐ kgmdtn. . Gvt motion for dtn ☐ kgm . . . Gvt m/cont dtn hrg.

☐ Order of Conditions of Release signed
☐ Bond set _____ Unsecured
☐ Bond executed and dft released

☐ Temp Detention Pndg Hearing
☑ Dft Waived Detention Hearing
☑ Order of Detention
☑ Dft remanded to custody of U.S. Marshal

☐ Detention Hrg set for _____
☐ Arraignment set for _____

☑ See page 2

MICHAEL LAYNE SMITH

Page 2

## ARRAIGNMENT

☑ karr...  ☑ Arraignment on:  ☐ INFORMATION  ☑ INDICTMENT  ☐ RULE 20
held on counts ☑ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12
☐ all counts; other counts _____
☑ Dft ☐ Prob violator ☐ Super Rel violator appears: ☑ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft
☑ Dft ☑ sworn ☐ physically/mentally ready    ☐ name spelled
☐ received copy of charges ☐ discussed charges with counsel ☐ charges read
☐ waived reading of charges;    ☐ No pressure to plead
☐ advised of alternate sentencing under Youth Corrections Act;
☐ Consent to trial before U.S. Magistrate Judge
☑ Dft enters a plea of: ☐ ngpl (not guilty)
to counts: ☑ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12
☐ all counts; other counts _____
☑ Discovery order entered. Dft has ____ days or until _____ to file motions not covered by this order;
Gvt has ____ days or until _____ to respond.
☐ Sentencing deferred for pre-sentence investigation.
☐ Sentencing set for _____ before Judge _____
☑ Jury selection & trial set for _Aug. 7, 2007 @ 9:00_ before Judge _Davis_
☐ Government motion _____  ☐ koralo. _____
☐ Defendant motion _____  ☐ koralo. _____
☑ Defendant remanded to custody USM    ☐ Bond continued

OTHER: _____

ADJOURN _1:58 pm_