IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS. | § | CASE NUMBER: 6:07CR57-1 |
| MICHAEL LAYNE SMITH | § | |

### O R D E R

This case is set for a pretrial conference on **July 31, 2007 at 10:00 a.m.** and jury selection and trial on **August 7, 2007 at 9:00 a.m.** before United States District Judge Leonard Davis in Tyler, Texas.

It is, further, ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **July 25, 2007, at 3:00 p.m.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

SIGNED this 7th day of June, 2007.

JOHN D. LOVE
US MAGISTRATE JUDGE