DATE 11-19-07
LOCATION ☒Tyler ☐ Paris ☐ Sherman
JUDGE JOHN D. LOVE
DEPUTY CLERK Sharon Guthrie
RPTR/ECRO ☒ Sharon Guthrie
USPO Keith Wallace
BEGIN 1:33

CASE NUMBER: 6:07cr57

USA   VS.   MICHAEL LAYNE SMITH

Gregg Marchessault / Ken Hawk

## CHANGE OF PLEA

☒ ............... Hearing called   ☒ hearing held

☒ ..... Dft appears ☒ with counsel

☒ ... Dft
- ☒ sworn
- ☒ advised of charges
- ☒ advised of right to counsel
- ☐ charges read
- ☒ physically/mentally ready
- ☒ advised of maximum penalties
- ☒ rec'd copy of the charges;
- ☐ waived reading of charges;
- ☐ name spelled
- ☒ advised of right to remain silent;
- ☒ discussed charges w/ cnsl;
- ☒ No pressure to plead

☒ Consent to plea before U.S. Magistrate Judge

☒ Dft enters a plea of: ☒ gpl. (guilty)
to counts: ☒ 1 of the Indictment

☒ Factual Basis Established
☒ Court finds plea voluntary, knowledgeable & that it has a basis in fact
☒ Plea Agreement accepted
☒ Plea agreement filed
☒ Elements of offense

☐ Dft continued on bond

☐ Order of Detention
☐ Finding of Facts

☒ Dft remanded to custody of U.S. Marshal

TXED115          ☐ See reverse/attached for additional proceedings          1:54 Adjourn