| | |
|---|---|
| DATE: February 27, 2008 | **CASE NO: 6:07-CR-57(1)** |
| LOCATION: Tyler | |
| JUDGE: Leonard Davis | **USA   VS.   MICHAEL LAYNE SMITH** |
| DEP. CLERK: Rosa L. Ferguson | |
| RPTR/ECRO: Shea Sloan | |
| USPO: Jimmy Wilkerson for Daisy Pridgen | |
| INTERPRETER: | |

| Richard Moore  - Assigned | Ken Hawk |
|---|---|
| Richard Moore -Appeared | Attorney for Defendant |

BEGIN:  10:35 am          ADJOURN: 10:50 am

# SENTENCING

☒  Sentencing called     ☒  Sentencing held
☒  Court adopts PSR in its entirety

| CT. | CUSTODY | Consec/ Concurr | W/ CT | FINE | REST | SUP / REL | Consec/ Concurr | W/ CT | SP/ASS | INELIG FED BEN. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 84 Mos. | | | Waived | | 5 Years | | | $100 | 5 Yrs |
| | | | | | | | | | | |
| | | | | | | | | | | |

**BOP RECOMMENDATIONS:**

| | |
|---|---|
| ☒  Dft be **designated to FCI: Texarkana** | ☒  Dft participate in **Drug Treatment Program**. |
| ☐  Dft participate in the **Inmate Financial Responsibility Program**. | ☐  Dft participate in the **500-Hr Drug Treatment Program**. |
| ☐  Dft participate in **Intensive Confinement Center** | ☐  Deft participate in **Sexual Offender Program**. |

| SPECIAL CONDITIONS of RELEASE | |
|---|---|
| X | Dft shall **report** in person to the probation office in the district to which the dtf is released within **72 hours** of release from BOP. |
| X | Dft shall not commit another Federal, State or Local crime, shall comply with the **standard conditions** adopted by this Court and with the following additional conditions: |
| X | Dft shall not possess a **firearm** or other destructive device.     Dft shall be **surrendered to INS official** for deportation proceeding. |
| | Dft shall pay any **financial penalty** that is imposed by this judgment and that remains unpaid at the commencement of SUP/REL. |
| X | Dft shall provide the probation officer with access to any requested **financial information**. |
| | Dft shall **not incur new credit charges** or open additional lines of credit without the approval of Probation Officer. |
| X | Court orders **mandatory drug test**     Court finds drug test w/in 15 days of release unnecessary. |
| X | Dft shall participate in a Program of  testing and treatment for  ☒ **Drug Abuse** |
| | Dft shall perform _____ hours of **community service** as directed by probation officer.     Dft to **pay delinquent Child Support.** |
| | Dft shall be placed on **home detention** for a period of _____ months, to commence (immediately/immediately following release from imprisonment/on _____). Dft to follow conditions of Home Detention. |
| X | Dft shall cooperate in the collection of **DNA** as directed by the Probation Officer. |
| | Dft shall **FORFEIT** to the USA interest in property listed in Plea Agreement |

| | | | | |
|---|---|---|---|---|
| X | Dft **REMANDED** to the USM. | | **REMAINING** Counts **dismissed** on Govt's Motion | |
| | Dft ordered to **surrender** on : | USM | X | Dft advised of **right to appeal** & court appointed counsel |
| | | Designated FCI | X | **Presentence Report** Sealed. |
| | Dft's **bond**  ☐ set ☐ reduced to $_____  ☐ cash ☐ surety ☐ 10% ☐ PR ☐ unsecured | | X | **Minutes** filed |
| | | | | **Exhibit** list filed |
| | **Bond continued** | in this case | other case # _____ | **Witness** list filed. |
| | Dft failed to appear | Ord/Arrest Warrant | BND forfeited. | See reverse/attached for additional proceedings |

**FILED: 2.27.2008**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DAVID J. MALAND, CLERK

FORM TXED-118

**CASE NO. 6:07-CR-57(1)  – USA V MICHAEL LAYNE SMITH - PAGE 2**

| | |
|---|---|
| 10:35 am | **CASE CALLED**.  Mr. Moore announced ready for the Government.  Mr. Hawk announced ready for the Defendant. |

**PRESENTENCE REPORT**:  Court  inquired if Mr. Hawk and dft received a copy of PSR, have reviewed it, and have any objections.  Mr. Hawk indicated that they had no objections to the PSR.

Court inquired if the Govt had any objections.  Mr. Moore indicated that the Govt did not have objections to the PSR.

Court Adopts PSR in its entirety.  Court finally accepts plea agreement in this case.

**CRIME VICTIM ALLOCUTION:**  Court inquired if there were any victims present in the courtroom.  None present.

**MOTIONS:** Mr. Moore presented Govt's 5K1 motion.

**ALLOCUTION BY DEFENDANT**:   Mr. Hawk addressed the Court on the Defendant's behalf.    Dft DID allocute to the Court.

Mr. Moore addressed the Court.

**IMPOSITION OF SENTENCE:**  Court imposed sentence.  Court will recommend FCI Texarkana & Drug Treatment for Dft while incarcerated.

**APPEAL:**  Deft advised of right to appeal & court appointed counsel.
**REMAINING COUNTS:** NONE
**FORFEITURE:**  Mr. Moore requested Final Order of Forfeiture and be made part of J&C.  Court granted motion.

**CUSTODY:**  Dft REMANDED to USM.

| | |
|---|---|
| 10:50 am | There being nothing further in this case, Court adjourned. |